# Exhibit E



# FAUST OPPENHEIM LLP
### ATTORNEYS AT LAW
### 488 MADISON AVENUE
### NEW YORK, NEW YORK 10022

WRITER'S DIRECT E-MAIL:
stevenoppenheim@frolaw.com

TELEPHONE (212) 751-7700
FACSIMILE (212) 371-8410

May 14, 2008

Innovest Holdings, LLC
c/o TWS Financial, LLC
739 Manhattan Avenue
Brooklyn, NY 11222-2972
Attn: Roman J. Sledziejowski
      Managing Director

**TO: FAUST OPPENHEIM LLP**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

On account for legal services rendered through April 30, 2008, including, but not limited to, telephone conferences and office conferences regarding structure of investment funds; provide advice as to structure; tax considerations regarding investment funds; preparation of drafts of Subscription Agreements and Operating Agreements.

$15,000.00

F:\2323-101\Bill'051408Rev.doc\mvk

# FAUST OPPENHEIM LLP
ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

WRITER'S DIRECT E-MAIL:
stevenoppenheim@frolaw.com

TELEPHONE (212) 751-7700
FACSIMILE (212) 371-8410

March 9, 2009

Mr. Roman J. Sledziejowski
c/o TWS Financial, LLC
739 Manhattan Avenue
Brooklyn, NY 11222-2972

**TO: FAUST OPPENHEIM LLP**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| On account for legal services rendered in connection with FINRA arbitration from May 1, 2008 through February 28, 2009, including, but not limited to, telephone conferences; review of documents files and records; review of Complaint and preparation of Answer; and miscellaneous matters attendant thereto. | $ 62,000.00 |
| Less: courtesy allowance | (32,000.00) |
| Amount Due in six (6) equal monthly installments of $5,000.00 each beginning April 30, 2009 | $ 30,000.00 |

F:\2323-101\Bill'090309.doc\mvk

# FAUST OPPENHEIM LLP

ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022-5702
WEBSITE: www.frolaw.com

WRITER'S DIRECT E-MAIL:
stevenoppenheim@frolaw.com

TELEPHONE (212) 751-7700
FACSIMILE (212) 371-8410

## *SECOND REQUEST 01/08/10*

December 8, 2009

TWS Financial, LLC
Mr. Roman J. Sledziejowski
739 Manhattan Avenue
Brooklyn, NY 11222-2972

TO: FAUST OPPENHEIM LLP

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---:|
| On account for legal services rendered from July 1, 2009 through November 30, 2009 | $ 13,000.00 |
| Previously billed: | 27,356.00 |
| | $ 40,356.00 |
| Less: paid on account | (15,000.00) |
| Amount Due | $ 25,356.00 |

F:\2323-101\Bill'2323-101'120809.doc\mvk

# FAUST OPPENHEIM LLP
ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022-5702
WEBSITE: www.frolaw.com

WRITER'S DIRECT E-MAIL:
stevenoppenheim@frolaw.com

TELEPHONE (212) 751-7700
FACSIMILE (212) 371-8410

May 5, 2011

TWS Financial, LLC
Mr. Roman J. Sledziejowski
739 Manhattan Avenue
Brooklyn, New York 11222-2972

TO: FAUST OPPENHEIM LLP

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

On account for legal services rendered for the period January 1, 2010 through February 28, 2011 including, but not limited to, preparation and revision of documents and attendance at FINRA mediation hearing; preparation and review of materials regarding FINRA inquiries; preparation of various agreements including those for foreign finders and/or associates, joint defense agreement and general corporate advice

|  |  |  |
|---|---|---|
|  |  | $ 67,000.00 |
| Less: professional courtesy | ( 7,000.00) |  |
| Received on account | (20,000.00) |  |
|  |  | (27,000.00) |
|  |  | $ 40,000.00 |

On account for legal services rendered for the period March 1, 2010 through April 30, 2011 regarding the above matters

|  |  |  |
|---|---|---|
|  | $ 31,937.00 |  |
| Disbursements | 288.00 |  |
|  | $ 32,225.00 |  |
| Less: additional courtesy | ( 5,225.00) |  |
|  |  | 27,000.00 |
|  | Amount Due | $ 67,000.00 |

F:\2323-101\Bill'2323-101'050511.doc\mvk

# FAUST OPPENHEIM LLP
ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022-5702
WEBSITE: www.frolaw.com

WRITER'S DIRECT E-MAIL:
stevenoppenheim@frolaw.com

TELEPHONE (212) 751-7700
FACSIMILE (212) 371-8410

August 4, 2011

TWS Financial, LLC
Mr. Roman J. Sledziejowski
739 Manhattan Avenue
Brooklyn, New York 11222-2972

TO: **FAUST OPPENHEIM LLP**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

On account for legal services rendered during July
regarding FINRA mediation hearing

|  |  |
|---|---|
|  | $  2,156.00 |
| Previously billed 07/07/11 | 36,000.00 |
|  | $ 38,156.00 |
| Less: additional courtesy | ( 3,856.00) |
| Amount Due | $ 34,300.00 |

*[handwritten: 34300.25]*

F:\2323-101\Bill'2323-101'080411.doc\mvk

# FAUST OPPENHEIM LLP
ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022-5702
WEBSITE: www.frolaw.com

WRITER'S DIRECT E-MAIL:
stevenoppenheim@frolaw.com

TELEPHONE (212) 751-7700
FACSIMILE (212) 371-8410

December 2, 2011

TWS Financial, LLC
Mr. Roman J. Sledziejowski
739 Manhattan Avenue
Brooklyn, New York 11222-2972

TO: FAUST OPPENHEIM LLP

On account for legal services rendered during November including, but not limited to, FINRA regulatory matters; employment agreements; severance issues; and contractual issues with regard to foreign affiliates

$ 18,656.00

Less: additional courtesy

( 2,056.00)

$ 16,600.00

Previously billed 11/08/11

( 30,000.00)

Balance Due    $ 46,600.00

F:\2323-101\Bill'2323-101'120211.doc\mvk